```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 21118
   EDDIE S ANTCZAK
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3194


-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/12/08 .

   2.  The case was dismissed without confirmation, 10/17/2008.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
OPTION ONE MORTGAGE CO     CURRENT MORTG         .00              .00           .00
OPTION ONE MORTGAGE CO     MORTGAGE ARRE   NOT FILED              .00           .00
WELLS FARGO OPERATIONS C   SECURED               .00              .00           .00
WELLS FARGO OPERATIONS C   MORTGAGE ARRE   NOT FILED              .00           .00
DUPAGE COUNTY COLLECTOR    SECURED               .00              .00           .00
AMERICAN EXPRESS           UNSECURED       NOT FILED              .00           .00
CACH                       UNSECURED       NOT FILED              .00           .00
CHASE BANK USA             UNSECURED       NOT FILED              .00           .00
CHASE BANK USA             UNSECURED       NOT FILED              .00           .00
CITIBANK                   UNSECURED       NOT FILED              .00           .00
CITIBANK                   UNSECURED       NOT FILED              .00           .00
ELMHURST HOSPITAL          UNSECURED       NOT FILED              .00           .00
FIFTH THIRD BANK           UNSECURED       NOT FILED              .00           .00
FIFTH THIRD BANK           UNSECURED       NOT FILED              .00           .00
FIFTH THIRD BANK           UNSECURED       NOT FILED              .00           .00
FIRST MIDWEST BANK         UNSECURED       NOT FILED              .00           .00
GC SERVICES                UNSECURED       NOT FILED              .00           .00
HARRIS BANK                UNSECURED       NOT FILED              .00           .00
LVNV FUNDING               UNSECURED       NOT FILED              .00           .00
MED BUSINESS BUREAU        UNSECURED       NOT FILED              .00           .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID

ELMHURST RADIOLOGISTS      UNSECURED       NOT FILED              .00           .00
ROBERT J VAVRIK            UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00         .00          .00          .00           .00
PRINCIPAL PAID       .00         .00          .00          .00           .00
INTEREST PAID        .00         .00          .00          .00           .00
```

```
TOTAL PAID                          .00         .00         .00         .00         .00
The Debtor's attorney, CHAD M HAYWARD                    , was allowed $         .00
and was paid $          .00 .
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/21/09                             /S/
                                              GLENN STEARNS
                                              CHAPTER 13 TRUSTEE